Based upon its review of the Opinion and Award as filed by the Full Commission on April 20, 1995, in light of the Motion for Reconsideration filed by the plaintiff and the applicable case law, the undersigned has concluded that the plaintiff's motion is without merit.
* * * * * * * * * *
Accordingly, for good cause shown, plaintiff's Motion for Reconsideration is HEREBY DENIED.
This the _____ day of __________________________, 1994.
FOR THE FULL COMMISSION
 S/ ___________________ JAMES J. BOOKER COMMISSIONER
CONCURRING:
S/ ___________________ DIANNE C. SELLERS COMMISSIONER
S/ ___________________ BERNADINE S. BALLANCE COMMISSIONER
JJB:mj 4/29/95